IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ALTON M. INGLET, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 6:08-CV-014-C |
| § | ECF |
| § | |
| MICHAEL J. ASTRUE, § | |
| Commissioner of Social Security, § | |
| § | |
| Defendant. § | |

### ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed August 28, 2009 (Doc. 29). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand, the ALJ should clearly consider each of the six factors set forth in 20 C.F.R. § 404.1527(d)(2) and/or consider whether to obtain or update an opinion of a treating or examining physician regarding Plaintiff's impairments and limitations

Dated September 17, 2009.

SAM R. CUMMINGS
UNITED STATES DISTRICT COURT